This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CACH, LLC,**

Plaintiff/Counter-Defendant/Appellee,

v.                                                    **No. 32,931**

**DAVID W. RILEY,**

Defendant/Counter-Plaintiff/Appellant

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Denise Barela Shepherd, District Judge**

Modrall, Sperling, Roehl,
Harris & Sisk, P.A.
Jennifer G. Anderson
Emil J. Kiehne
Albuquerque, NM

Kanter & Grubesic, P.A.
Dana K. Grubesic
Albuquerque, NM

for Appellee

Law Offices of Roger Moore
Roger Moore
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

{1}     Defendant/Counter-Plaintiff seeks to appeal from the district court's order granting his motion for summary judgment due to lack of standing and denying his motion for reconsideration of the court's ruling on attorney fees related to Plaintiff's claim. We issued a notice of proposed disposition, proposing to summarily dismiss for lack of a final, appealable order, due to outstanding counterclaims and a lack of certification language that could make the order immediately appealable under Rule 1-054(B)(1) NMRA. Plaintiff/Counter-Defendant has filed a response to our notice, supporting our proposed summary disposition. Defendant/Counter-Plaintiff has not filed a response. "Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice." *Frick v. Veazey*, 1993-NMCA-119, ¶ 2, 116 N.M. 246, 861 P.2d 287. We, therefore, summarily dismiss Defendant/Counter-Plaintiff's appeal for lack of a final, appealable order for the reasons set forth in our notice.

{2}     **IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**JONATHAN B. SUTIN, Judge**